UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PROGRESSIVE DIRECT INSURANCE COMPANY, et al., | Case No. 2:16-cv-01265-APG-PAL |
| Plaintiffs, | ORDER |
| v. | (2nd Mot for Service by Pub – ECF No. 17) |
| DANIEL CERON, et al., | |
| Defendants. | |

Before the court is Plaintiffs' Motion to Enlarge Time for Service of Complaint on Martin Vargas (ECF No. 17).  Having reviewed and considered the matter,

**IT IS ORDERED** that Plaintiffs Motion to Enlarge Time for Service of Complaint on Martin Vargas (ECF No. 17) is **GRANTED**.  Plaintiff shall have until December 2, 2016, to perfect service as to Martin Vargas.

DATED this 29th day of November, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE