**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

PROGRESSIVE DIRECT INSURANCE
CO., *et al.*,

                    Plaintiff(s),

          v.

DANIEL CERON, *et al.*,

                    Defendant(s).

Case No. 2:16-cv-01265-APG-PAL

**DEFAULT JUDGMENT AGAINST
DEFENDANT KEATING-FRIZZELL**

(ECF No. 32)

Plaintiffs PROGRESSIVE DIRECT INSURANCE COMPANY and PROGRESSIVE

NORTHERN INSURANCE COMPANY (collectively "Progressive") filed their motion for entry

of default judgment as to Colleen Keating-Frizzell. ECF No. 32.  I have considered all applicable

papers and pleadings on file, and I find that the factors set forth in *Eitel v. McCool*, 782 F.2d 1470

(9th Cir. 1986) favor entry of default judgment in favor of Progressive.

IT IS HEREBY ORDERED that Progressive's application for entry of default judgment

**(ECF No. 32) is GRANTED**.  I declare that:

Defendant Colleen Keating-Frizzell's policy with Progressive was void *ab initio* as a

result of misrepresentations by Ms. Keating-Frizzell at the time of application.

Progressive is, therefore, not bound by the policy or law to defend or indemnify Ms.

Keating-Frizzell under the policy.

DATED this 5th day of April, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE