**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**BENJAMIN J. CARMAN, ESQ.**
Nevada Bar No. 12565
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Plaintiffs
Progressive Direct Insurance Company and Progressive Northern Insurance Company

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **PROGRESSIVE DIRECT INSURANCE CO.**, an Ohio Corporation, and **PROGRESSIVE NORTHERN INSURANCE COMPANY**, a Wisconsin Corporation<br><br>        Plaintiff,<br><br>v.<br><br>**DANIEL CERON, COLLEEN KEATING-FRIZZELL, MICHELLE LANNAN, URIEL PELAEZ, JONATHAN VARGAS, MARTIN VARGAS, DOES 1-10, and ROE CORPORATIONS 1-10, inclusive**<br><br>        Defendant | 2:16-cv-01265-APG-PAL<br><br><br><u>**STIPULATION AND ORDER FOR DISMISSAL OF DANIEL CERON WITHOUT PREJUDICE**</u> |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, PROGRESSIVE DIRECT INSURANCE CO. and PROGRESSIVE NORTHERN INSURANCE COMPANY, and Defendant, DANIEL CERON, by and through their respective attorneys of record, that all of

Plaintiffs' claims in this matter against the DANIEL CERON only be dismissed without prejudice, with each of the parties to pay their own attorney fees and costs.

| September 7, 2017. | September 7, 2017 |
|---|---|
| **MESSNER REEVES, LLP** | **RANALLI ZANIEL FOWLER & MORAN, LLC** |
| /s/Renee Finch, Esq. | /s/Benjamin J. Carman, Esq. |
| **M. CALEB MEYER, ESQ.** | **GEORGE M. RANALLI, ESQ.** |
| Nevada Bar No.: 13379 | Nevada Bar No.: 5748 |
| **RENEE M. FINCH, ESQ.** | **BENJAMIN J. CARMAN, ESQ.** |
| Nevada Bar No. 13118 | Nevada Bar No. 12565 |
| 5556 S. Fort Apache Rd, Ste 100 | 2400 W. Horizon Ridge Parkway |
| Las Vegas, Nevada 89148 | Henderson, Nevada 89052 |
| Attorneys for Defendant DANIEL CERON | Attorney for Plaintiff |

**ORDER**

**IT IS SO ORDERED.**

Dated: September 8, 2017

_____
UNITED STATES JUDGE